No. 21-3076

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,
Appellee
v.
HUWIDA FADL,
Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____

UNOPPOSED MOTION TO FILE A SUPLLMENTAL APPENDIX WITH
REPLY BRIEF

Kira Anne West
LAW OFFICE OF KIRA ANNE WEST
D.C. Bar No. 993523
712 H Street N.E.
Unit 509
Washington, DC 20002
(202)236-2042
kiraannewest@gmail.com
*Counsel for Appellant*

## APPELLANT'S UNOPPOSED MOTION TO FILE A SUPPLMENTAL APPENDIX WITH REPLY BRIF

The opening brief of Appellant, filed August 29, 2022, and the answering brief of the Appellee, filed December 14, 2022, have been filed in this case. Appellant will file her reply brief today, January 18, 2023.

Appellant requests permission to file a supplemental appendix pursuant to local rule 30(e) of this Court which provides that "[i]f anything material to the appeal…is omitted from the appendix, the clerk, on the duly served and filed written request of any party, may allow the appendix to be supplemented." Appellants proposed supplemental appendix contains pleadings and exhibits that directly answer and are germane to the government's arguments in their brief and supplement omissions of the supplemental appendix filed by the government. Appellant's supplemental appendix is less than 60 pages and will assist the Court in this appeal.

Counsel for the government was contacted via email and in writing, stated that he had no objection,

Wherefore, Ms. Fadl requests that this Court grant permission to file a supplemental appendix in this case.

Respectfully submitted,

/s/ Kira Anne West
Kira Anne West
LAW OFFICE OF KIRA ANNE WEST
D.C. Bar No. 993523
712 H Street N.E., Unit 509
Washington, DC 20002
202-236-2042
kiraannewest@gmail.com
*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

1. This document contains 254 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).

3. This motion has been prepared in a proportionally spaced typeface using <u>Microsoft Word in 14-pt Times New Roman</u>.

        /s/        Kira A. West
        Kira Anne West

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on opposing counsel via the ECF system on January 18th, 2023.

        /s/ Kira Anne West
        Kira Anne West